UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CEMENT MASONS' PENSION TRUST FUND-
DETROIT & VICINITY; BRICKLAYERS &
TROWEL TRADES INTERNATIONAL PENSION
FUND; CEMENT MASONS' VACATION & HOLIDAY
TRUST FUND-DETROIT & VICINITY; DETROIT &
VICINITY TROWEL TRADES HEALTH & WELFARE
FUND; and GREATER DETROIT CEMENT MASONS'
JOINT APPRENTICESHIP COMMITTEE; trust funds
established and administered pursuant to federal law,
          Plaintiffs,                              CASE NO. 2:04-CV-74073
v.                                               Hon. Patrick J. Duggan

A.W.M. CORP., d/b/a NATIONAL CONCRETE
CONSTRUCTION ASSOCIATES, and D.D.P.
HOLDINGS, INC., corporations incorporated under
the laws of the State of Michigan,
          Defendants.
_____/

ORDER FOR EXAMINATION OF JUDGMENT
DEBTOR AND RESTRAINING TRANSFER OF CERTAIN
PROPERTY SUPPLEMENTARY TO JUDGMENT

**Joseph Doa**

**THIS MATTER** having come before the Court on Plaintiffs' Motion for Examination of

Judgment Debtor and Restraining Transfer of Certain Property Supplementary to Judgment, and

said Motion having been duly filed along with a supporting Affidavit and Brief, and the Court

having reviewed the same and being fully advised in the premises;

**NOW THEREFORE,** upon motion of Erman, Teicher, Miller, Zucker & Freedman,

P.C., attorneys for the Plaintiffs;

**IT IS ORDERED** that **Joseph Doa,** as the owner, officer and/or managing agent for the

Defendants, operating as National Concrete Construction Associates, whose address is 28807

1

Reilly Road, New Hudson, Michigan 48165, appear at the offices of Erman, Teicher, Miller, Zucker & Freedman, P.C., 400 Galleria Officentre, Suite 444, Southfield, Michigan 48034, on **Thursday, May 24, 2007 at 10:30 a.m.** to be examined under oath concerning the income, property, or other means of satisfying the Judgment entered herein against them on November 19, 2004.

**IT IS FURTHER ORDERED** that said person shall bring with him the following books, records and papers in their possession, custody or control for the respective Defendants:

1.      All checkbooks, check registers, check stubs, cancelled checks, bank statements and other documents whatsoever relating to any deposit, savings, passbook or like account maintained with a bank, savings and loan association, credit union or like organization, in which said Defendants have or have had any interest, at any time during the three (3) years immediately preceding the date hereof, or date of cessation of business, whichever is earlier;

2.      Copies of all returns, schedules and forms filed by or on behalf of Defendants with the Internal Revenue Service, State of Michigan and any municipal governments, relating to any income received, property owned, business activities, sales or intangibles tax, of Defendants at any and all times during the period of three (3) years immediately preceding the date hereof or date of cessation of business, whichever is earlier.

3.      All books of account and accounts receivable ledgers.

4.      List of assets and liabilities.

5.      All contracts of purchase, sale, bills of sale, certificates of title and deeds, and all other evidences of title or instruments of whatsoever kind or nature, relating to the purchase, sale or ownership of any property, real or personal, or any interest therein, purchased, sold or owned

by or on behalf of Defendants at any time during the five (5) years immediately preceding the date hereof or date of cessation of business, whichever is earlier.

6.     Copies of all profit and loss statements and balance sheets relating to the affairs of Defendants prepared by or on behalf of said Defendants during the period of three (3) years immediately preceding the date hereof or date of cessation of business, whichever is earlier.

**IT IS FURTHER ORDERED** that Defendants are restrained from transferring or disposing of any of their property, whether owned jointly or separately, or whether now owned or hereafter acquired, until further order of this Court.  This order does not apply to property exempt by law from application to the satisfaction of the Judgment.

DATED: April 12, 2007

s/PATRICK J. DUGGAN
United States District Judge

C:\WPText\cement masons jde.ord.doc